UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| MARK STEPHEN CARPENTER, | } | CASE NO. R19-42032-BEM |
| | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |

## MOTION FOR DETERMINATION OF STATUS OF FUNDS

COMES NOW, the undersigned counsel on behalf of K. Edward Safir, Standing Chapter 13 Trustee in the above-styled matter and files this, Motion for Determination of Status of Funds and respectfully shows the Court the following:

1.

The Debtor filed for relief under Chapter 13 of Title 11 of the United States Code on September 5, 2019. The Debtor's confirmed Chapter 13 plan provides for allowed nonpriority unsecured claims that are not separately classified to be paid a pro rata portion of the funds remaining after disbursements have been made to all other creditors provided for in the plan. The Debtor's unsecured creditors with allowed and filed claims have a remaining balance owed in the approximate amount of $9,204.09. The Debtor's case has been pending for approximately twenty-five (25) months.

2.

Pursuant to the confirmed plan, the Debtor surrendered collateral at 116 Shawn Lane, Chatsworth, Georgia, 30705, and subject to a lien held by PennyMac Loan Services, LLC [Doc. No. 20].

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

3.

The Trustee has been informed that a foreclosure sale of the aforementioned property was held.

4.

On or about October 1, 2021, Rubin Lublin LLC forwarded to the Trustee excess proceeds in the amount of $14,454.29.

5.

Pending an objection and provided there are none either filed or presented orally to the Court, the Trustee specifically requests the approval to disburse the funds pursuant to the terms of the confirmed Chapter 13 plan and for the benefit of the estate.

WHEREFORE, based on the foregoing, the Trustee respectfully moves the Court for an order determining the status of the above-referenced funds and for such further relief as the Court deems just, necessary and proper.

Respectfully submitted this 21st day of October, 2021.

                      /s/
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| MARK STEPHEN CARPENTER, | } | CASE NO. R19-42032-BEM |
| | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Chapter 13 Trustee has filed a **Motion for Determination of Status of Funds** and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the **motion** at the following number: toll-free number: **(833) 568-8864**; meeting ID **1608620914**, at **10:00 AM** on **November 17, 2021** in Courtroom **342**, United States Courthouse, 600 East First Street, Rome, GA 30161.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, for more information.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 600 East First Street, Room 339, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: October 21, 2021

Respectfully submitted,

_____/s/_____
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

R19-42032-BEM

**CERTIFICATE OF SERVICE**

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

Mark Stephen Carpenter
419 Cherokee Lane
Chatsworth, GA 30705

Office of the United States Trustee
R. Jeneane Treace
Assistant United States Trustee
362 Richard Russell Building & U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Rubin Lublin LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

and all parties of interest on the attached creditor matrix.

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Saeger & Associates, LLC


This 21st day of October, 2021.


          /s/
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
GA Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 19-42032-bem<br>Northern District of Georgia<br>Rome<br>Tue Oct 19 12:19:27 EDT 2021 | Capital One Bank (USA), N.A<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Lisa F. Caplan<br>Rubin Lublin, LLC<br>Suite 100<br>3145 Avalon Ridge Place<br>Peachtree Corners, GA 30071-1570 |
| Mark Stephen Carpenter<br>419 Cherokee Lane<br>Chatsworth, GA 30705-5866 | Child Support Services<br>417 W Crawford St<br>Dalton, GA 30720-4267 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Sonya Buckley Gordon<br>K. Edward Safir, Standing Chapter 13 Tru<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1229 | Internal Revenue Service<br>Central Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PennyMac<br>PO Box 514387<br>Los Angeles, CA 90051-4387 | PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | SFC Central Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 |
| Dan Saeger<br>Saeger & Associates, LLC<br>Suite D<br>706 S Thornton Ave<br>Dalton, GA 30720-8212 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1259 | Sheena Shields<br>107 County Rd 720<br>Riceville, TN 37370-5785 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd NE Ste 9100<br>Atlanta, GA  30345-3202 | Lendmark Financial Services, LLC<br>2118 Usher St<br>Covington, GA 30014 |

Case 19-42032-bem    Doc 41    Filed 10/21/21    Entered 10/21/21 09:47:59    Desc Main
Document      Page 6 of 6

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PennyMac Loan Services, LLC            (u)Tea Olive, LLC                    End of Label Matrix
                                                                               Mailable recipients    21
                                                                               Bypassed recipients     2
                                                                               Total                  23