**IT IS ORDERED as set forth below:**

**Date: November 19, 2021**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                     ROME DIVISION

IN RE:                        }   CHAPTER 13
                              }
MARK STEPHEN CARPENTER,       }   CASE NO. R19-42032-BEM
                              }
    DEBTOR(S)                 }   JUDGE ELLIS-MONRO
```

**ORDER**

This matter came before the Court on November 17, 2021, on the Chapter 13 Trustee's Motion for Determination of Status of Funds [Doc. No. 41]. Present at the hearing were counsel for the Debtor, Dan Saeger, and counsel for the Chapter 13 Trustee, Sonya Buckley Gordon. The Debtor did not appear at the hearing. Neither a response was filed opposing the motion or objection asserted at the call of the calendar. Accordingly,

**IT IS HEREBY ORDERED** that the Chapter 13 Trustee's *Motion for Determination of Status of Funds* is **GRANTED**. The Chapter 13 Trustee is authorized to disburse excess proceeds in the amount of $14,454.29 to unsecured creditors with allowed and filed claims.

The Clerk of Court shall serve a copy of this Order on all parties appearing on the attached Distribution List.

**END OF DOCUMENT**

Order Presented By:

_____/s/_____
Sonya Buckley Gordon, Staff Attorney
K. Edward Safir
Standing Chapter 13 Trustee
GA Bar No.: 140987
285 Peachtree Center Avenue, NE
Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

## **DISTRIBUTION LIST**

All parties on the Mailing Matrix.